DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 AUGUST 2012

| 420P11 | State v. Edward Eugene Poole, Jr. | 1. State's Motion for Temporary Stay (COA11-21) | 1. Allowed **10/07/11** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Special Order |
| | | 3. State's NOA Based Upon a Constitutional Question | 3. Special Order |
| | | 4. State's PDR Under N.C.G.S. § 7A-31 | 4. Special Order |
| | | 5. Def's Motion to Dismiss Appeal | 5. Special Order |
| | | 6. State's Motion to Strike Def's Untimely Response to State's NOA/PDR | 6. Special Order |
| | | 7. Def's Motion to Deny State's Motion to Strike Def's Response to State's NOA/PDR | 7. Special Order |
| 429P11 | State v. Anthony Lashawn McSwain | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA10-1595) | 1. Denied |
| | | 2. Def's Petition in the Alternative for *Writ of Certiorari* to Review Decision of COA | 2. Denied |
| 437P11 | Unitrin Auto and Home Insurance Company v. Elrita Ann McNeill, Integon National Insurance Company, and Pennsylvania National Mutual Casualty Insurance Company | Def's (Pennsylvania National Mutual Casualty Insurance Company) PDR Under N.C.G.S. § 7A-31 (COA10-1192) | Denied |
| 442P09-2 | State v. William Lee Walker | 1. Def's *Pro Se* Motion for PDR (COAP11-745) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| 449P11-3 | State v. Charles Everette Hinton | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Mecklenburg County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |